IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MYERS,

        Plaintiff,                  No. CIV 2:11cv1675-KJM-JFM

    vs.

UNIFUND CCR PARTNERS, *et al.*,

        Defendants.             ORDER

                                /

        Plaintiff initiated this action on June 21, 2011. Pending before the court is plaintiff's motion to proceed in forma pauperis. On August 2, 2011, plaintiff filed a motion to dismiss this matter pursuant to Fed. R. Civ. P. 41(a)(1).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion to dismiss is granted; and

        2. Plaintiff's motion to proceed in forma pauperis is denied as moot.

DATED: August 8, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;meye1675.41